**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CASE NO.   1:20-MJ-103 |
| | : | |
| **DAVUD SUNGUR** | : | |
| | : | |
| Accused. | : | |

## MOTION TO RECONSIDER BOND

COMES NOW the Accused, Davud Sungur, by counsel, and moves the Court to reconsider its denial of bond for the reasons provided in the enclosed Memorandum in Support of Motion to Reconsider Bond.

                                                      Respectfully Submitted,
                                                          Davud Sungur,
                                                              By Counsel

GREENSPUN SHAPIRO PC


BY:_____/s/_____
    Peter D. Greenspun
    Virginia Bar No. 18052
    Muhammad Elsayed
    Virginia Bar No. 86151
    3955 Chain Bridge Road
    Second Floor
    Fairfax, Virginia 22030
    (703) 352-0100
    (703) 591-7268 (fax)
    pdg@greenspunlaw.com
    me@greenspunlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

John Blanchard
Assistant United States Attorney
United States Attorney's Office,
Alexandria Division
2100 Jamieson Avenue
Alexandria, Virginia 22314
john.blanchard@usdoj.gov

/s/
Muhammad Elsayed