IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:20-CR-162 |
| | ) | |
| | ) | Count 1: Dealing in Firearms |
| v. | ) | Without a License (18 U.S.C. §§ |
| | ) | 922(a)(1)(A), 923(a), and |
| | ) | 924(a)(1)(D)) |
| DAVUD SUNGUR | ) | |
| | ) | Count 2: Unlawful Transfer of a |
| Defendant. | ) | Machinegun (18 U.S.C. § 922(o)) |

INDICTMENT

July 2020 Term – at Richmond

Count One
(*Dealing in Firearms Without a License*)

THE GRAND JURY CHARGES THAT:

Beginning in and around March 2019, the exact date being unknown to the Grand Jury, and continuing through on or about March 18, 2020, at various locations within the Eastern District of Virginia, the defendant, DAVUD SUNGUR, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

(In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).)

<u>Count Two</u>
*(Unlawful Transfer of a Machinegun)*

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 22, 2020, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, DAVUD SUNGUR, did knowingly transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), to wit a machinegun conversion device that is a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

(In violation of Title 18, United States Code, Section 922(o).)

A TRUE BILL

**REDACTED**

G. Zachary Terwilliger
United States Attorney

By: _____
John C. Blanchard
Assistant United States Attorney