**ATF** — PROTECTING THE PUBLIC, SERVING OUR NATION

www.atf.gov

# District of Columbia

## Data Source: Firearms Tracing System

January 1, 2019 – December 31, 2019

Office of Strategic Intelligence and Information



**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

GOVERNMENT EXHIBIT 2



# ATF Firearms Trace Data Disclaimer

- Firearm traces are designed to assist law enforcement authorities in conducting investigations by tracking the sale and possession of specific firearms. Law enforcement agencies may request firearms traces for any reason, and those reasons are not necessarily reported to the Federal Government. Not all firearms used in crime are traced and not all firearms traced are used in crime.

- Firearms selected for tracing are not chosen for purposes of determining which types, makes or models of firearms are used for illicit purposes. The firearms selected do not constitute a random sample and should not be considered representative of the larger universe of all firearms used by criminals, or any subset of that universe. Firearms are normally traced to the first retail seller, and sources reported for firearms traced do not necessarily represent the sources or methods by which firearms in general are acquired for use in crime.



# Total Number of Firearms Recovered and Traced in the District of Columbia in Calendar Year 2019



**2,134**



# Firearm Types with a District of Columbia Recovery

## January 1, 2019 – December 31, 2019

| Pistols | Revolvers | Rifles | Shotguns | Receivers/Frames | Unknown Types | Derringers | Machinegun |
|---|---|---|---|---|---|---|---|
| 1,786 | 191 | 86 | 50 | 8 | 7 | 5 | 1 |

4



# Top Calibers Reported on Firearm Traces with a District of Columbia Recovery

## January 1, 2019 – December 31, 2019

| 9mm | .40 Cal | .45 Cal | .380 Cal | .22 Cal | .38 Cal | .25 Cal | .357 Cal | .32 Cal | 12GA |
|-----|---------|---------|----------|---------|---------|---------|----------|---------|------|
| 824 | 454 | 212 | 140 | 93 | 93 | 42 | 42 | 40 | 36 |

**NOTE:** There were 110 additional traces that were associated with other calibers. There were 48 traces with an unknown caliber.

5



# Top Categories Reported on Firearm Traces with a District of Columbia Recovery

### January 1, 2019 – December 31, 2019

| Possession of Weapon | Firearm Under Investigation | Found Firearm | Aggravated Assault | Homicide | Dangerous Drugs | Family Offense | Robbery | Simple Assault | Weapon Offense |
|---|---|---|---|---|---|---|---|---|---|
| 1,179 | 570 | 140 | 61 | 43 | 34 | 23 | 21 | 17 | 14 |

**NOTE:** There were 32 additional traces that were associated with other categories.



# Top 15 Source States for Firearms with a District of Columbia Recovery

## January 1, 2019 – December 31, 2019

| Virginia | Maryland | Georgia | North Carolina | South Carolina |
|---|---|---|---|---|
| 662 | 162 | 128 | 123 | 76 |
| District of Columbia | Florida | Pennsylvania | West Virginia | Texas |
| 72 | 43 | 36 | 35 | 33 |
| Ohio | Tennessee | Alabama | Kentucky | California |
| 24 | 22 | 16 | 15 | 12 |

**NOTE:** An additional 26 states accounted for 95 other traces. The source state was identified in 1,554 total traces.

7



# Time-To-Crime Rates for Firearms with a District of Columbia Recovery

January 1, 2019 – December 31, 2019

| Under 3 Months | 3 Months to Under 7 Months | 7 Months to Under 1 Year | 1 Year to Under 2 years | 2 Years to Under 3 Years | 3 Years and Over |
|---|---|---|---|---|---|
| 83 | 89 | 75 | 217 | 183 | 902 |

1/1/2019-12/31/2019 District of Columbia Average Time-to-Crime: **7.67 Years**
1/1/2019-12/31/2019 National Average Time-to-Crime: **8.29 Years**

8



# Age of Possessors for Firearms with a District of Columbia Recovery

## January 1, 2019 – December 31, 2019

| 17 & Under | 18 to 21 | 22 to 24 | 25 to 30 | 31 to 40 | 41 to 50 | Over 50 |
|---|---|---|---|---|---|---|
| 120 | 347 | 219 | 393 | 255 | 99 | 94 |

1/1/2019-12/31/2019 District of Columbia Average Age of Possessor: **29 Years**
1/1/2019-12/31/2019 National Average Age of Possessor: **35 Years**

9



ATF — PROTECTING THE PUBLIC, SERVING OUR NATION

# Recovery City for Firearms with a District of Columbia Recovery

January 1, 2019 – December 31, 2019

| Washington, DC |
|---|
| 2,134 |

10



# Analytical Criteria Used to Compile the Enclosed Statistics

**Total Number of Firearms Recovered and Traced**

- Includes traces with a recovery state of District of Columbia. Traces in which the recovery state was not provided were included when the requesting agency state was equal to the District of Columbia.
- Includes Firearms Recovered and Traced between 1/1/2019 – 12/31/2019, or, if the recovery date was blank, the trace entry date was between 1/1/2019 – 12/31/2019.
- Duplicate traces, Firearms Not Recovered, Gun Buyback and Firearms Turned In are not included in this figure.
- Data was extracted from the Firearms Tracing System (FTS) on April 10, 2020.
- All traces may not have been submitted or completed at the time of this study.

**Firearm Types and Calibers with a District of Columbia Recovery**

- Includes same criteria as Total Number of Firearms Recovered and Traced.

**Top Categories Reported on Firearm Traces with a District of Columbia Recovery**

- Includes same criteria as Total Number of Firearms Recovered and Traced. Beginning in CY 2010, attempted homicide, attempted suicide and negligent vehicular manslaughter are reported in separate categories.

11



# Analytical Criteria Used to Compile the Enclosed Statistics (continued)

**Top Source States for Firearms with a District of Columbia Recovery**
- Includes same criteria as Total Number of Firearms Recovered and Traced.
- Traces must identify a purchaser and the state in which the final dealer is located.

**Time-to-Crime Rates for Firearms with a District of Columbia Recovery**
- Includes same criteria as Total Number of Firearms Recovered and Traced.
- Traces must identify a purchaser.
- Time-to-Crime was calculated for those traces in which the purchase date could be subtracted from the recovery date.

**Age of Possessors for Firearms with a District of Columbia Recovery**
- Includes same criteria as Total Number of Firearms Recovered and Traced.
- Includes traces that provide a possessor and the possessor's date of birth.
- Possessor's age is calculated by subtracting the possessor's date of birth from the recovery date.

**Recovery City for Firearms with a District of Columbia Recovery**
- Includes same criteria as Total Number of Firearms Recovered and Traced.
- Includes traces with a recovery city, or, if the recovery city was not provided, the requesting agency had jurisdiction only within that city.